IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLIFTON RICHARD SKIDGEL,

    Plaintiff,

v.                                                  CIV NO. 06-0385 RB/ACT

KATHLEEN NESTOR, ZINAT SOBHANI,
DON DOUGLAS and WESTFORD HEALTH
SOURCES,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDED DISPOSITION AND GRANTING SUMMARY JUDGMENT TO DEFENDANTS NESTOR AND SOBHANI

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommended Disposition on Defendants Nestor's and Sobhani's Motions for Summary Judgment. [Doc. No. 51 recommending disposition on Motions filed as Doc. Nos. 18 and 26]. The Report was filed of record on February 28, 2007. Plaintiff was informed that he had ten working days from the date of service upon him to file his Objections. To date no objections have been filed.

IT IS ORDERED that the Report and Recommended Disposition of the United States Magistrate Judge as to these two Motions for Summary Judgment is adopted by the Court.

IT IS FURTHER ORDERED that Defendant Kathleen Nestor's Motion for Summary

Judgment is GRANTED and that Defendant Zinat Sobhani's Motion for Summary Judgment is GRANTED.

JUDGMENT IS ENTERED IN FAVOR of Defendant Kathleen Nestor and against Plaintiff on Counts I and VII.  JUDGMENT IS ENTERED IN FAVOR of Defendant Zinat Sobhani and against Plaintiff on Counts I and II.  Counts II and VII are DISMISSED from the Complaint.

_____
ROBERT C. BRACK
U.S. DISTRICT COURT JUDGE