IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLIFTON RICHARD SKIDGEL,

     Plaintiff,

v.                                                      CIV  NO. 06 -385   RB/ACT

KATHLEEN NESTOR, ZINAT SOBHANI,
DON DOUGLAS and WESTFORD HEALTH
SOURCES,

     Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO AMEND COMPLAINT

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation on Plaintiff's Motion to Amend his Complaint. [Doc. No. 52 recommending disposition on Motion filed as Doc. No. 29]. The Report was filed of record on February 28, 2007. Plaintiff was informed that he had ten working days from the date of service upon him to file his Objections. To date no objections have been filed.

IT IS ORDERED that the Report and Recommended Disposition of the United States Magistrate Judge as to Plaintiff's Motion to Amend his Complaint is adopted by the Court.

IT IS ORDERED that the Motion to Amend the Complaint is GRANTED to allow the correct name of Defendant Wexford Health Sources to be reflected on the caption.

IT IS ORDERED that the Motion to Amend the Complaint is DENIED to add an additional caus of action involving the Geriatric Care Center at the Los Lunas Correctional Facility.

_____
ROBERT C. BRACK
U.S. DISTRICT COURT JUDGE