IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CLIFTON RICHARD SKIDGEL,**

    **Plaintiff,**

**v.**                                                               CIV  NO. 06-385   RB/ACT

**DON DOUGLAS and WEXFORD HEALTH SOURCES,**

    **Defendants.**

## ORDER AND JUDGMENT

    THIS MATTER COMES before the Court on the Proposed Findings and Recommended Disposition of the United State Magistrate Judge filed of record on May 7, 2007w. [Doc. No. 65].  The Plaintiff has not filed objections to the Proposed Findings and Recommended Disposition.

    IT IS ORDERED that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.  Summary Judgment is granted in favor of the Defendants on all remaining claims as recommended by the United States Magistrate Judge.

    IT IS FURTHER ORDERED that the Plaintiff's Civil Rights Complaint is DISMISSED WITH PREJUDICE.

                                                    _____
                                                    ROBERT C. BRACK
                                                    UNITED STATES DISTRICT JUDGE